**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**LINDSEY CASALI,**

     **Plaintiff**

**v.**                            **Case No. 1:16-cv-778 WJ-WPL**

**GEICO INSURANCE COMPANY,**

     **Defendant.**

**ORDER GRANTING UNOPPOSED MOTION TO BIFURCATE AND STAY
PLAINTIFF'S EXTRA-CONTRACTUAL CLAIMS**

**THIS MATTER** having come before the Court on Defendant GEICO General Insurance Company's ("GEICO") Unopposed Motion to Bifurcate and Stay Plaintiff's Extra-Contractual Claims.  Plaintiff having stipulated to the Motion.  The Court FINDS the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Unopposed Motion to Bifurcate and Stay is **GRANTED** and all extra-contractual proceedings against Defendant GEICO in this cause of action are stayed, until such time as the underlying cause of action is resolved and any remaining issues between Defendant GEICO and Plaintiff Casali become ripe.

_____
UNITED STATES DISTRICT JUDGE

Approved:

*/s/Jessica C. Singer*
Donna L. Chapman
Jessica C. Singer

Chapman and Charlebois, P.C.
P.O. Box 92438
Albuquerque, NM  87199
Tel:  (505) 242-6000
donna@cclawnm.com
jessica@cclawnm.com
*Attorneys for GEICO as to the extra-contractual claims only*


*Electronically approved 8/16/16*
David E. Shelle
David Ray Rosales
Rosales Law Group, P.C.
PO Box 7899
Albuquerque, NM 87194
DavidRosales@NewMexicoCounsel.com
DShelle@NewMexicoCounsel.com
*Attorneys for Plaintiff*


*Electronically approved 8/16/16*
Stephen M. Simone
Simone, Roberts & Weiss, P.A.
1700 Louisiana NE, Suite 240
Albuquerque, NM 87110
ssimone@srwl-aw.com
Attorney for GEICO as to the contractual claims only