IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

LINDSEY CASALI,

    Plaintiff,

v.                                                                              Case No. 1: 16-cv-778-WJ-WPL

GEICO INSURANCE COMPANY,

    Defendant.

## MOTION TO DISMISS

COMES NOW, the Defendant, GEICO Insurance Company, by and through its undersigned attorneys, and moves the Court for an Order dismissing all claims against GEICO Insurance Company, which were set forth or which could have been set forth in this matter and as grounds therefore state that the Parties have resolved their differences.

    Respectfully submitted,

    SIMONE, ROBERTS & WEISS, P.A.

    /s/ Stephen M. Simone
    Stephen M. Simone
    Attorney GEICO Insurance Company in the
    defense of the contract claim.
    1700 Louisiana Blvd., N.E., Suite 240
    Albuquerque, NM 87110
    Work Phone:  (505) 298-9400
    Fax:    (505) 298-7070
    Email:          ssimone@srw-law.com

I HEREBY CERTIFY that on the 7th day of September, 2016, a true and correct copy of the foregoing pleading was filed electronically through the CM/ECF system, which caused the following parties or counsel to be served by

electronic means, as more fully reflected on the
Notice of Electronic Filing:

Donna L. Chapman
Chapman and Charlebois PC
PO Box 92438
Albuquerque, NM 87199-2438
Email  donna@cclawnm.com
Phone:  (505) 242-6000

David Ray Rosales
David E. Shelle
Rosales Law Group PC
PO Box 7899
Albuquerque, NM 87194-7899
Work Phone       (505) 866-4529
Fax       (505) 465-7035
osaleslawgroup@newmexicocounsel.com
dshelle@newmexicocounsel.com

/s/ Stephen M. Simone
Stephen M. Simone