IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

LINDSEY CASALI,

    Plaintiff,

v.                                  Case No. 1: 16-cv-778-WJ-WPL

GEICO INSURANCE COMPANY,

    Defendant.

**ORDER OF DISMISSAL**

THIS MATTER having come before the Court upon the Motion of the Defendant GEICO Insurance Company, for a Dismissal with Prejudice, of all claims that were set forth or which could have been set forth against Defendant GEICO Insurance Company and the Court having considered said Motion, and noting the concurrence of counsel, FINDS that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that all claims against GEICO Insurance Company which were set forth in the Complaint, or which could have been set forth in the Complaint are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that each party be responsible for their own costs and attorneys' fees.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

/s/ Stephen M. Simone
Attorney for GEICO in the Contractual Claim


/s/ Donna L. Chapman, telephonic 9-6-2016
Donna L. Chapman
Chapman and Charlebois PC
Attorney for GEICO in the Extra-contractual Claim


/s/ David E. Shelle, via email 9-1-2016
David E. Shelle
Rosales Law Group PC
Attorneys for Plaintiff